```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
FORTESA QORROLLI,                                         :
:
                    Plaintiff,        :
:        18-cv-6836 (VSB)
          -against-                            :
:        **ORDER**
METROPOLITAN DENTAL                                       :
ASSOCIATES, D.D.S. - 225 BROADWAY,                        :
P.C., et al.                                              :
:
                    Defendants.       :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      On July 10, 2020, I ordered the parties to submit a status update no later than October 1, 2020. (Doc. 26.) The parties are directed to filed a joint status update no later than October 9, 2020.

SO ORDERED.

Dated:  October 4, 2020
          New York, New York

                                                Vernon S. Broderick
                                                United States District Judge