

**Law Office of
David Wims**

1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
Phone: (646) 393-9550
Fax: (646) 393-9552
email: dwims@wimslaw.com
http://www.wimslaw.com

May 26, 2021

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 5/27/2021

**BY ECF**

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 100017-1312
Attn: Honorable Vernon S. Broderick

Re:     *Qorrolli v. MDA et al* **(18CV6836)(VSB)(OTW)**

Dear Judge Broderick:

Please be advised that I represent Defendants in the above referenced proceeding. I write with the knowledge and consent of Plaintiff to request an extension of time in which Defendants may serve their motion for summary judgment.

Currently, Defendants' moving brief is due May 31, 2021, Plaintiff's opposition is due June 30, 2021 and Defendants' reply, if any, is due July 15, 2021. See Docket #46. We ask that Defendants' moving brief be due June 7, 2021, Plaintiff's opposition be due July 6, 2021 and Defendants' reply, if any, be due July 20, 2021. This is Defendants' first request for an extension of the subject deadline. As indicated above, Plaintiff consents to this application. This request is necessitated by the fact that I am out sick with a cold and have been since Monday.

Thank You for Your time and consideration.

Respectfully Yours,

/s/

David C. Wims, Esq. (DW-6964)


Cc: Honorable Ona T. Wang (By ECF)
Zachary Holzberg, Esq. (By ECF)