USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FORTESA QORROLLI,                                           :
                                                            :
                            Plaintiff,                      :
                                                            :          18-CV-6836 (VSB)
            -against-                                       :
                                                            :                ORDER
METROPOLITAN DENTAL ASSOCIATES,                             :
D.D.S. – 225 BROADWAY, P.C., et al.,                        :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Defendants' motion for summary judgment was due on or before June 7, 2021. (Doc. 48.) As has happened often with both parties in this case, Defendants have missed this deadline and failed to ask for an extension. Accordingly, it is hereby:

ORDERED that Defendants are directed to file any motion for summary judgment on or before June 14, 2021. If Defendants miss this deadline, I will not grant another extension.

IT IS FURTHER ORDERED that Defendants are directed to file a letter along with any motion for summary judgment, explaining why I should consider their late filing.

SO ORDERED.

Dated:   June 9, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge