USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
FORTESA QORROLLI,                                           :
                                                            :
                            Plaintiff,                      :
                                                            :    18-CV-6836 (VSB)
            -against-                                       :
                                                            :    **ORDER**
METROPOLITAN DENTAL ASSOCIATES,                             :
D.D.S. – 225 BROADWAY, P.C., et al.,                        :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On June 9, 2021, I directed Defendants to file any motion for summary judgment on or before June 14, 2021, as well as a separate letter explaining why I should consider their late filing. (Doc. 49.) I have received Defendants' motion for summary judgment and accompanying materials, but these materials do not contain the letter explaining why I should consider Defendants' untimely filing. (Docs. 50–53.) Accordingly, it is hereby:

ORDERED that Defendants are directed to file the separate letter, the contents of which are explained at Document 49, on or before June 18, 2021.

SO ORDERED.

Dated:   June 16, 2021
         New York, New York

                                              _____
                                              VERNON S. BRODERICK
                                              United States District Judge