```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
FORTESA QORROLLI,                                       :
                                                        :
                Plaintiff,                            :
                                                        :     18-CV-6836 (VSB)
                -against-                            :
                                                        :     **ORDER**
METROPOLITAN DENTAL ASSOCIATES,                         :
D.D.S. – 225 BROADWAY, P.C., et al.,                    :
                                                        :
                Defendants.                           :
                                                        :
------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       I am in receipt of Defendants' letter filed June 16, 2021. (Doc. 55.) Accordingly, it is hereby:

       ORDERED that I will consider Defendants' motion for summary judgment filed at Document 50 as properly filed.

       IT IS FURTHER ORDERED that, in light of the confusion, Plaintiff shall file any opposition to Defendants' motion on or before July 16, 2021, and Defendants shall file any reply memorandum of law on or before July 30, 2021.

SO ORDERED.

Dated:    June 17, 2021
             New York, New York

                                                       _____
                                                       VERNON S. BRODERICK
                                                       United States District Judge