```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
FORTESA QORROLLI,                     :    18cv6836 (DLC)
                                      :
                    Plaintiff,        :         ORDER
                                      :
        -v-                           :
                                      :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.:
- 225 BROADWAY, P.C. et al.,          :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On June 10, the defendants filed a motion for summary judgment pursuant to Rule 56, Fed. R. Civ. P. On the same day, defendants' counsel also filed a declaration in support of the motion purporting to attach deposition transcripts of the plaintiff, defendant Mario Orantes, and defendant Dr. Paul Cohen. Those transcripts, however, were not filed on the docket. The defendants' brief in support of the motion relied on several pages of the plaintiff's deposition testimony.

On July 16, the plaintiff filed opposition and included as exhibits an excerpt of the plaintiff's deposition transcript, as well as the full deposition transcripts of Orantes and Dr. Cohen. The motion became fully submitted on July 30. On September 9, the case was reassigned to this Court. It is hereby

ORDERED that the defendant shall file by **Thursday, December 2** the complete deposition transcript of the plaintiff.

SO ORDERED:

Dated:   New York, New York
         November 30, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge