```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
FORTESA QORROLLI,                      :    18cv6836 (DLC)
                                       :
                   Plaintiff           :
         v.                            :    ORDER
                                       :
METROPOLITAN DENTAL ASSOCIATES, D.D.S. :
- 225 BROADWAY, P.C., et al.,          :
                                       :
                   Defendants.         :
-------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that this case is placed on the **September 26, 2022** trial ready calendar.

SO ORDERED:

Dated:   New York, New York
         July 29, 2022

                              _____
                                      DENISE COTE
                              UNITED STATES DISTRICT JUDGE