UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FORTESA QORROLLI,                       :      18cv6836 (DLC)
                                        :
                       Plaintiff        :
           v.                           :           ORDER
                                        :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.  :
- 225 BROADWAY, P.C., et al.,           :
                                        :
                       Defendants.      :
----------------------------------------X

DENISE COTE, District Judge:

   On August 25, 2022, the parties submitted a joint letter

requesting an adjournment of the September 26, 2022 trial date.

Accordingly, it is hereby

   ORDERED that this case is placed on the **October 24, 2022**

trial ready calendar.

Dated:    New York, New York
          August 25, 2022

                              _____
                                      DENISE COTE
                              UNITED STATES DISTRICT JUDGE