```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FORTESA QORROLLI,                       :    18cv6836 (DLC)
                                        :
                Plaintiff               :
        v.                              :        ORDER
                                        :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.  :
- 225 BROADWAY, P.C., et al.,           :
                                        :
                Defendants.             :
----------------------------------------X
```

DENISE COTE, District Judge:

On August 29, 2022, the defendants filed a motion in limine to preclude three witnesses from testifying at trial. Accordingly, it is hereby

ORDERED that any opposition to the defendants' motion in limine is due **September 16, 2022**. Any reply is due **September 23, 2022**.

Dated:   New York, New York
         August 29, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge