UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
FORTESA QORROLLI,                    :          18cv6836 (DLC)
                                     :
                    Plaintiff,       :              ORDER
          -v-                        :
                                     :
METROPOLITAN DENTAL ASSOCIATES, D.D.S. :
- 225 BROADWAY, P.C., et al.,        :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

     A jury trial in the above-captioned action has been placed

on the trial-ready for calendar for the week of October 24,

2022.  Accordingly, it is hereby

     ORDERED that the final pretrial conference is scheduled for

**September 29, 2022** at **3:30 p.m.** in Courtroom 18B, 500 Pearl

Street, New York, New York.


Dated:    New York, New York
          September 22, 2022



                              _____
                                    DENISE COTE
                           United States District Judge