

September 23, 2022

**VIA ECF**
The Honorable Denise Cote, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   Fortesa Qorrolli v. Metropolitan Dental Associates, D.D.S. - 225 Broadway, P.C., et al
       No. 1:18-CV-6836-DLC-OTW

Dear Judge Cote,

Please be advised that our office represents the Plaintiff in the above action. I write this letter in response to Your Honor's Order dated September 22, 2022 (Dkt. No. 101) to respectfully request an adjournment of the Final Pretrial Conference scheduled for September 29, 2022. Defendants' counsel consents to our request.

This is Plaintiff's first request for an adjournment of the Final Pretrial Conference. I am unavailable on September 29, 2022, as I am traveling out of state in connection with the upcoming Jewish holidays. After meeting and conferring with Defendants' counsel, the parties are available for the Final Pretrial Conference on either October 6 or 7, 2022.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

*The conference is adjourned to October 20 at 2:00.*
*Denise Cote*
*9/26/22*

/s/Zack Holzberg
Zack Holzberg

Cc: Counsel for Defendants (via ECF)