```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :
FORTESA QORROLLI,                         :
                                          :      18cv6836 (DLC)
                      Plaintiff,          :
                                          :         ORDER
           -v-                            :
                                          :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.    :
- 225 BROADWAY, P.C., et al.,             :
                                          :
                      Defendants.         :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

A jury trial in the above-captioned action had been placed on the trial-ready calendar for the week of October 24, 2022. The parties are hereby notified that the trial in this action will commence on **October 24, 2022**.

Dated:   New York, New York
         September 26, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge