```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
FORTESA QORROLLI,                         :
                                          :
                         Plaintiff,       :
                                          :        18cv6836 (DLC)
             -v-                          :
                                          :           ORDER
METROPOLITAN DENTAL ASSOCIATES, D.D.S.    :
- 225 BROADWAY, P.C., et al.,             :
                                          :
                         Defendants.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    On October 6, 2022, the plaintiff submitted a letter requesting permission for one of her witnesses to testify remotely pursuant to Fed. R. Civ. P. 43(a).  In her letter, the plaintiff stated that the witness is unable to be present at the trial due to illness.  The defendant submitted a response on October 12.  Having received the parties' letters, it is hereby

    ORDERED that the plaintiff's request for remote testimony is denied.  Upon a showing that the witness is unable to be present at the trial due to illness, the plaintiff may present the witness's deposition testimony at trial.  See Fed. R. Evid.

804(a)(4), 804(b)(1).  Deposition testimony may be presented by video.

    IT IS FURTHER ORDERED that the parties shall promptly meet and confer regarding the witness's deposition.  Any dispute over the deposition may be brought to the Court's attention by **October 17, 2022** by submitting a letter to the Court no longer than two pages.

Dated:    New York, New York
          October 13, 2022

                                          _____
                                          DENISE COTE
                            United States District Judge