```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
FORTESA QORROLLI,                        :
                                         :
                         Plaintiff,      :
                                         :      18cv6836 (DLC)
            -v-                          :
                                         :         ORDER
METROPOLITAN DENTAL ASSOCIATES, D.D.S.   :
- 225 BROADWAY, P.C., et al.,            :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 13, 2022, this Court issued an Order permitting the plaintiff to introduce an unavailable witness's deposition testimony upon a proper showing that the witness could not be present at trial due to illness. Having received on October 14 the parties' letter requesting clarification of the October 13 Order, it is hereby

ORDERED that, pursuant to the October 13 Order, the plaintiff may introduce the witness's testimony taken during a deposition to occur no later than **October 21, 2022.**

SO ORDERED:

Dated:   New York, New York
         October 14, 2022

_____
         DENISE COTE
United States District Judge