UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FORTESA QORROLLI,                   :
                                    :
                     Plaintiff,     :
                                    :       18cv6836 (DLC)
          -v-                       :
                                    :         ORDER
METROPOLITAN DENTAL ASSOCIATES, D.D.S. :
- 225 BROADWAY, P.C., et al.,       :
                                    :
                     Defendants.    :
                                    :
------------------------------------X

DENISE COTE, District Judge:

     On October 17, 2022, the defendants submitted a letter
seeking to quash certain subpoenas issued by the plaintiff.  The
plaintiff responded on October 18.  Accordingly, it is hereby

     ORDERED that the defendants' request is denied to the
extent that the plaintiff seeks certification of medical records
produced to the defendants during the fact discovery period.
The plaintiff shall identify to the defendants by **October 20,
2022** at **9:00 a.m.** the portions of such records that she seeks to
introduce at trial.  The parties shall meet and confer before
the final pretrial conference regarding any objections to the
admissibility of these records.

     IT IS FURTHER ORDERED that the defendants' request is
denied with respect to the subpoenas of defendants Mario Orantes
and Dr. Paul Cohen to appear at trial.

IT IS FURTHER ORDERED that the defendants' request is granted with respect to the plaintiff's subpoena of the defendants' financial records.

SO ORDERED:

Dated:     New York, New York
           October 18, 2022

                                     _____
                                     DENISE COTE
                                     United States District Judge