```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
FORTESA QORROLLI,                         :
                                          :           18cv6836 (DLC)
                             Plaintiff,   :
                                          :              ORDER
              -v-                         :
                                          :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.    :
- 225 BROADWAY, P.C., et al.,             :
                                          :
                             Defendants.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the final pretrial conference in this action is moved to **2:30 PM on October 20, 2022** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           October 19, 2022

                                                _____
                                                      DENISE COTE
                                       United States District Judge