```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FORTESA QORROLLI,                        :
                                         :          18cv6836 (DLC)
                          Plaintiff,     :
                                         :              ORDER
             -v-                         :
                                         :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.   :
- 225 BROADWAY, P.C., et al.,            :
                                         :
                          Defendants.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the conference held on October 27, 2022, it is hereby

ORDERED that this case will be referred to mediation to occur during the week of **November 7, 2022**. The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that any post-trial motion shall be submitted by **November 18, 2022**. Any opposition shall be submitted by **December 14, 2022**. Any reply shall be submitted by **December 20, 2022**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:    New York, New York
         November 1, 2022

                                     _____
                                             DENISE COTE
                                     United States District Judge