```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
FORTESA QORROLLI,                     :        18cv6836 (DLC)
                                      :
                    Plaintiff,        :          MEDIATION
                                      :        REFERRAL ORDER
          -v-                         :
                                      :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.:
- 225 BROADWAY, P.C. et al.,          :
                                      :
                    Defendants.       :
                                      :
--------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that the parties shall participate in mediation to occur in **January 2023**.  The Clerk of Court will contact the parties when a mediator has been selected.

Dated:    New York, New York
          December 16, 2022

_____
DENISE COTE
United States District Judge