```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FORTESA QORROLLI,                       :
                                        :
                    Plaintiff,          :
                                        :         18cv6836 (DLC)
         -v-                            :
                                        :             ORDER
METROPOLITAN DENTAL ASSOCIATES, D.D.S.  :
- 225 BROADWAY, P.C., et al.,           :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On January 20, 2023, the defendants filed a motion for sanctions and/or for a protective order. Accordingly, it is hereby

ORDERED that any opposition is due **January 27, 2023**. Any reply is due **February 1, 2023.**

Dated:    New York, New York
          January 23, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge