| | |
|---|---|
| Subject | Re: Qorrolli v. MDA et al |
| From | David C. Wims, Esq. <dwims@wimslaw.com> |
| To | Zachary Holzberg <zachary@dereksmithlaw.com> |
| Cc | <derek@dereksmithlaw.com>, <alexc@dereksmithlaw.com>, <alexander.cabeceiras@gmail.com>, <steve@tbulaw.com>, Mark <mark@gilwitlaw.com> |
| Bcc | <evelyn@tbulaw.com>, <carolinanunez@dereksmithlaw.com>, <dtslaws@msn.com> |
| Date | 2023-01-20 17:29 |
| Priority | High |

**roundcube**

- QorrolliOOJ2.pdf (~139 KB)

Zach,

Attached is our most recent offer of judgment. Thanks.

On 2023-01-20 17:12, David C. Wims, Esq. wrote:

> I can do anytime Monday. Or, Tuesday after 12 pm. Please let me know if either of those work for you. Thanks and enjoy your weekend!
>
> On 2023-01-20 15:58, Zachary Holzberg wrote:
>
>> David,
>>
>> ~~[redacted line]~~ 
>>
>> - Letter to ~~Dr. Cohen~~ dated ~~October 12, 2015~~ (Plaintiff 10-11)
>> - Plaintiff's ~~Psychiatric records from Dr. Spangenberger~~ (Plaintiff 358-380)
>> - Plaintiff's ~~diary~~ (Plaintiff 498-538)
>> - Recording ~~[redacted]~~
>> - Deposition Transcript of ~~[redacted]~~
>> - Text from ~~[redacted]~~ to Plaintiff
>> - Her conversations with:
>>   - ~~Dr. Cohen~~
>>   - ~~Marie~~
>>   - ~~[redacted] Qorrolli~~
>>   - ~~Ankit~~
>>   - ~~[redacted]~~
>>   - ~~[redacted]~~
>>   - ~~[redacted]~~
>>   - ~~Zach~~
>>
>> If you wish to discuss, please let me know when you're free next week. I'll be out of the office on Tuesday for a mediation.
>>
>> Best Regards,
>>
>> Zack Holzberg, Esq.
>>
>> *Admitted NY & NJ
>>
>> **DEREK SMITH LAW GROUP, PLLC**
>>
>> *Sexual Harassment and Discrimination Lawyers*