```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FORTESA QORROLLI,                        :
                                         :        18cv6836 (DLC)
                    Plaintiff,           :
                                         :            ORDER
          -v-                            :
                                         :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.   :
- 225 BROADWAY, P.C., et al.,            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the jury trial in this action will commence on **February 6, 2023 at 9:30 AM** in Courtroom 18B, 500 Pearl Street.

    SO ORDERED:

Dated:    New York, New York
           February 2, 2023

                                            DENISE COTE
                              United States District Judge