UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FORTESA QORROLLI,                       :      18cv6836 (DLC)
                                        :
                    Plaintiff,          :      ORDER
                                        :
          -v-                           :
                                        :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.  :
- 225 BROADWAY, P.C. et al.,            :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On January 2, 2023, defendants filed their response to plaintiff's letter of January 31. Defendants attached, as Exhibit 2 to their response, a copy of plaintiff's unredacted psychiatric records. It is hereby

   ORDERED that the Clerk of Court shall file defendants' Exhibit 2 under seal.

Dated:   New York, New York
         February 2, 2023

                              _____
                                    DENISE COTE
                              United States District Judge