UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
FORTESA QORROLLI,                    :
                                     :
                        Plaintiff,   :   18cv6836 (DLC)
                                     :
              -v-                    :   AMENDED ORDER OF
                                     :   REFERENCE TO A
                                     :   MAGISTRATE JUDGE
METROPOLITAN DENTAL ASSOCIATES, D.D.S.:
- 225 BROADWAY, P.C. et al.,         :
                                     :
                        Defendants.  :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

___ Habeas Corpus

 X  Settlement

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

Dated:   New York, New York
         February 10, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge