UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                   :

FORTESA QORROLLI,                 :      18cv6836 (DLC)
                                   :

                 Plaintiff,   :         ORDER
                                   :

               -v-                 :

METROPOLITAN DENTAL ASSOCIATES, D.D.S. :
- 225 BROADWAY, P.C. et al.,        :

               Defendants.  :

----------------------------------------X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the parties are instructed to contact the

chambers of Magistrate Judge Aaron by February 15, 2023, in

order to schedule settlement discussions under his supervision.


Dated:     New York, New York
        February 10, 2023

                              _____
                               DENISE COTE
                    United States District Judge