```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
FORTESA QORROLLI,                   :      18cv6836 (DLC)
                                    :
                    Plaintiff,      :          ORDER
                                    :
          -v-                       :
                                    :
METROPOLITAN DENTAL ASSOCIATES, D.D.S. :
- 225 BROADWAY, P.C. et al.,        :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

The jury having returned a verdict on February 9, 2023, it is hereby

ORDERED that the Clerk of Court is directed to enter judgment for plaintiff and close the case.

Dated:    New York, New York
          February 13, 2023

                              _____
                                       DENISE COTE
                              United States District Judge