```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
FORTESA QORROLLI,                      :    18cv6836 (DLC)
                                       :
                    Plaintiff,         :    ORDER
                                       :
        -v-                            :
                                       :
METROPOLITAN DENTAL ASSOCIATES, D.D.S. :
- 225 BROADWAY, P.C. et al.,           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

    On February 11, 2023, the defendants a filed a motion dated January 20, 2023 seeking sanctions and/or a protective order directing the plaintiff's attorneys to remove or modify their description of this action on the firm's website.  The plaintiff's attorneys having updated their website, it is hereby

    ORDERED the defendants' February 11 motion shall be terminated as moot.

Dated:    New York, New York
           February 13, 2023

                                          _____
                                                DENISE COTE
                                    United States District Judge