```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
FORTESA QORROLLI,                        :      18cv6836 (DLC)
                                         :
                Plaintiff,               :      SPECIAL VERDICT
                                         :           FORM
         -v-                             :
                                         :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.   :
225 BROADWAY, P.C., et                   :
al.,                                     :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

**PLEASE CHECK (√) YOUR ANSWERS**

**All jurors must agree on the answers to all of the questions:**

**Issue I: Liability - Hostile Work Environment**

1. Did the plaintiff establish by a preponderance of the evidence that defendant Mario Orantes subjected Fortesa Qorrolli to a hostile work environment on account of her sex in violation of Title VII?

    YES _____          NO ___√___

2. Did the plaintiff establish by a preponderance of the evidence that defendant Mario Orantes subjected Fortesa Qorrolli to a hostile work environment on account of her sex in violation of the NYSHRL?

    YES _____          NO ___√___

3. Did the plaintiff establish by a preponderance of the evidence that defendant Mario Orantes subjected Fortesa Qorrolli to a hostile work environment on account of her sex in violation of the NYCHRL?

    YES ___√___          NO _____

[If you answered "no" to each of these three questions, proceed to the final page and sign this form. If you answered "yes" to any of these three questions, proceed to the next question.]

4. Did the plaintiff establish by a preponderance of the evidence that defendant Metropolitan Dental Associates, D.D.S. 225 Broadway, P.C. is liable?

   YES __✓__          NO _____

5. Did the plaintiff establish by a preponderance of the evidence that defendant Metropolitan Dental Associates, D.D.S., P.C. is liable?

   YES _____          NO __✓__

6. Did the plaintiff establish by a preponderance of the evidence that Dr. Paul I. Cohen is liable?

   YES __✓__          NO _____

## Issue II: Damages

7. Did the plaintiff establish by a preponderance of the evidence that she is entitled to compensatory damages?

   YES _____          NO __✓__

   If yes, in what amount? $ _____

8. If you answered "no" to question 7, did the plaintiff establish by a preponderance of the evidence that she is entitled to nominal damages in the amount of $1?

   YES __✓__          NO _____

   [Do not answer question 8 if you answered "yes" to question 7]

11. Did the plaintiff establish by a preponderance of the

2

       evidence that she is entitled to recover punitive damages from Mario Orantes under the NYCHRL?

       YES _____         NO  ✓\_\_\_\_

12. Did the plaintiff establish by a preponderance of the evidence that she is entitled to recover punitive damages from Dr. Paul I. Cohen under the NYCHRL?

       YES _____         NO  ✓\_\_\_\_

13. Did the plaintiff establish by a preponderance of the evidence that she is entitled to recover punitive damages from Metropolitan Dental Associates, D.D.S. – 225 Broadway, P.C. under the NYCHRL?

       YES _____         NO  ✓\_\_\_\_

14. Did the plaintiff establish by a preponderance of the evidence that she is entitled to recover punitive damages from Metropolitan Dental Associates, D.D.S., P.C. under the NYCHRL?

       YES _____         NO  ✓\_\_\_\_

After completing the form, each juror who agrees with this verdict must sign below:



Foreperson

4