UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FORTESA QORROLLI,

                      Plaintiff,                             18 **CIVIL** 6836 (DLC)

        -against-                                 **JUDGMENT**

METROPOLITAN DENTAL ASSOCIATES,
D.D.S.-225 BROADWAY, P.C. et al.,
                        Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** The jury having returned a verdict on February 9, 2023 following trial before the Honorable Denise L. Cote, United States District Judge, it is hereby ORDERED, ADJUDGED AND DECREED: That plaintiff Fortesa Qorrolli have judgment as against defendants Metropolitan Dental Associates, D.D.S. - 225 Broadway, P.C., Mario Orantes, and Paul I. Cohen.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED: That Judgment is entered in favor of Metropolitan Dental Associates, D.D.S., P.C.

DATED:  New York, New York
             February  /4 , 2023

                                                         **RUBY J. KRAJICK**

So Ordered:                                                 **Clerk of Court**

                                              BY:

_____               _____
     U.S.D.J.                                                **Deputy Clerk**