Case 1:18-cv-00836-LO Document 283-1 Filed 03/14/23 Page 1 of 2
Case 1:18-cv-06836-DLC Document 1283-1 Filed 11/18/22 Page 107 of 258    107
MAo5QOR1                        Qorrolli - Direct

1    for it.
2            MR. HOLZBERG:  Your Honor, I would like to offer this
3    letter into evidence as notice to the defendant.
4            MR. WIMS:  Objection, your Honor.
5            THE COURT:  Overruled.
6            I will let you lay a foundation, counsel, as to how
7    the plaintiff learned of this letter.
8    BY MR. HOLZBERG:
9    Q.  Tesa, how did you learn of this letter?
10   A.  This letter was faxed to the general practice where I was
11   working, and so when the front desk received it, you know, they
12   showed it to me and I made a copy of it.  I wanted to have a
13   copy for myself.
14           MR. HOLZBERG:  Your Honor, I would like to publish
15   this letter to the jury.
16           MR. WIMS:  Objection, your Honor.
17           THE COURT:  So, I am going to receive this document in
18   evidence.  You have testimony here that it came to the office
19   in October of 2015 and the plaintiff made a copy of it at that
20   time but I can't underscore enough -- I think you have all got
21   the point -- nothing in this letter can be taken for the
22   truth -- nothing -- unless you had a witness on the stand,
23   under oath, able to give you eyewitness testimony about the
24   events at issue.  Otherwise, it is just something that came
25   over the fax machine.  But, obviously, it is part of the

Case 1:18-cv-06836-DLC Document 283-1 Filed 03/14/23 Page 2 of 2
Case 1:18-cv-06836-DLC Document 281 Filed 11/18/22 Page 108 of 258    108
MAo5QOR1                      Qorrolli - Direct

1    history here.  As the plaintiff has recounted it, this document
2    was received in the office in 2015 while she was an employee
3    and she is entitled to tell you about what occurred after it
4    was received.  If you believe it was received in the office at
5    that time you are entitled to consider what happened as a
6    result of it being received.
7             Plaintiff's Exhibit 1.
8             (Plaintiff's Exhibit 1 received in evidence)
9             THE COURT:  Excuse me, counsel.  You can't hand things
10   to the jury without talking with me.
11            MR. HOLZBERG:  Sorry.  Your Honor, I asked if I may
12   publish this letter to the jury.  May I hand it to --
13            THE COURT:  You have one copy?
14            MR. SMITH:  Your Honor, we have an enlargement.
15            THE COURT:  OK.  So, ladies and gentlemen, any
16   exhibits received in evidence will be available to you during
17   your deliberations.
18            Counsel, continue with your examination.
19            MR. HOLZBERG:  Sure.  Your Honor, rather than
20   providing the jury with a copy, may I show them the enlargement
21   so they are all able to read it?
22            THE COURT:  Sure.
23            MR. HOLZBERG:  Thank you.
24            THE COURT:  So, counsel, please ask your questions.
25            MR. HOLZBERG:  Sure.