**PLAINTIFF'S EXH. 1**

Hello Dr Cohen, + Bonnie

I myself along with a few more "eye witnesses" felt it was way past time to bring things to light before they are brought to an even BIGGER light. For one, your company manager Mario Orantes has been using his power and influence to sexually harass the YOUNG female employees here. He has been doing this for years and within the last year enough evidence has been collected to come forward with. Mario has been having sexual relations with multiple employees in the office as well as down the block at Cosmopolitan Hotel Tribeca located at 95 West Broadway, New York, NY 10007 during working hours. He makes the girls come to work at 6-6:30am to meet him to have sex and oral sex. He approaches the women in take them into rooms in ortho, endo and other areas then he makes power off their phones to make sure they aren't being recorded. During work a regular work days he calls the females using the office phone or texts them and have them meet him to have sex and oral sex in:

- Supply room on the second floor
- The lunch room on the second floor
- The back rooms in ortho/pedo with the doors operatory #6 and #8
- Operatories on the endo department

For a man to go from child abuse charges (his own child) to sexually harass employees is extremely disturbing.

Mario Orantes is causing harm to the lives of young women and it needs to stop. If these women say "NO" he finds ways to cut their hours, send them home, and threaten their jobs. He also gives a few of these women raises and money from the office( check your books closely). He has had one older employee that has been here for about 10 years( a female) help him approach these GIRLS and set up the first meetings for Mario Orantes. She then coaches the girls on what to do and how to sexually please Mario. She enlists her family members who Mario of course hires and they all participate and get rewarded for the sexual harassment that he inflicts on these women. The sad part is that half of the MONEY trail is all under the employees names that he pay to help him with his assaults.

This type of behavior is sickening, unfair, violating, unprofessional and 100% ILLEGAL!!!! No one should be subjected to these actions. People shouldn't have to go to work every day trying to support their families just to come afraid not knowing if Mario Orantes is going to back them into a corner or a room and force (threaten) them to participate in sexual relations. This is an unsafe and hostile environment. These documented situations can and most definitely will and has cause sexual harassment law suits to be filed.

You really may want to check your books. Mario has been stealing money from the office for years. He pays people through Rose that aren't due for payment. He steals money for personal use. How about he has family members and in laws on the payroll that do not work

in this office( you remember Tina- his sister in-law who was on pay roll for a very long time but only stepped foot into the office for 5 days). Pay attention. He pays people off in the office to do his sneaky work( sending money for him, dropping off things, helping him have sex with employees while they make sure no one is coming( there is a list of first and last names of these people). He pays for hotels using office money. There is documented evidence of this.

Perfect examples: many females he has sexual relations with here have been receiving FREE dental work at YOUR dental office in exchange for silence and to keep his secret. Here are just two examples of free work being done with Mario's approval. If you pull the charts or read the charts in the document center you will see all this work whats "okay as per Mario" written on everything. Shame. #1- Ch#589135 free work. #2- ch#568740S more free work free RCT's (2) and 2 free crowns( no charge as per mario). Those are just two employees, there are three more that have paper trails.

There are also copies of screen shot messages with mario's cell phone number on it with inappropriate things and him telling women to meet him at the office at 6:30am( goes back a few years thanks to the cellular company). The phone company gives a print out of incoming and outgoing text messages.