# Zachary Holzberg

| | |
|---|---|
| **From:** | David C. Wims, Esq. <dwims@wimslaw.com> |
| **Sent:** | Thursday, October 20, 2022 12:17 PM |
| **To:** | Zachary Holzberg |
| **Subject:** | Qorrolli v. MDA et al |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Zach,

Hope all is well.  Having consulted the rules, I believe that the records you had certified and seek to have admitted into evidence at trial are in fact admissible.  Therefore, I think we agree.  I'll see you at the conference in a couple of hours.  Thanks.

---
David C. Wims, Esq.
Law Office of David Wims
1430 Pitkin Avenue, 2nd Floor
Brooklyn, NY 11233
(646) 393-9550
Fax (646) 393-9552
dwims@wimslaw.com
http://www.wimslaw.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Federal Tax Notice: Any federal tax advice contained herein or any attachment hereto is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.


On 2022-10-18 19:07, Zachary Holzberg wrote:

David,


Please see below for tomorrow's deposition. Thank you.


Best Regards,


**Zack Holzberg, Esq.**

*Admitted NY & NJ

# Derek Smith Law Group, PLLC

*Sexual Harassment and Discrimination Lawyers*

Toll Free (800) 807-2209 |

NYC Office: One Penn Plaza, Suite 4905, New York, NY 10119

Email: zachary@dereksmithlaw.com

www.discriminationandsexualharassmentlawyers.com
**New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco**





*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties.

---

**From:** Everest Scheduling <scheduling@everestdepo.com>
**Sent:** Tuesday, October 18, 2022 1:44 PM
**To:** Zachary Holzberg <zachary@dereksmithlaw.com>
**Subject:** Videoconference & Exhibit Links - 10/19/2022 - 1:00pm (ET) - Mercedes Vila | Qorrolli v. Metropolitan Dental Associates D.D.S. - 225 Broadway, P.C. et al.

# Videoconference information

Hello - below is all the information you'll need for your remote deposition for the above referenced matter.

**Link to join remote deposition:**



**Dial-in phone number:** 929-205-6099
**Meeting ID:** 813-9520-7170

**Passcode:** 304781

**Link for Exhibits:**



*Link to exhibits will be empty until exhibits are introduced during the deposition

**Next steps:**

- Forward this information to all parties attending remotely (opposing counsel, witness, etc.)
- If this is your first videoconference deposition with us please email tech@everestdepo.com and provide a date and time that you are able to test with our video technician. The test will take no more than 5 minutes to complete. We recommend testing at least 24 hours prior to the deposition.

Please let us know if you have any questions.

Thank you!

---

**Confidentiality Notice** :  All messages sent from this account are in compliance with current HIPAA Privacy and Security Rules. This message may contain confidential and/or private information. If you received this message in error, please delete and notify sender.