1) What happens if we cannot make a unanimous decision?