```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
FORTESA QORROLLI,                         :    18cv6836 (DLC)
                                          :
                       Plaintiff,         :    ORDER
                                          :
           -v-                            :
                                          :
METROPOLITAN DENTAL ASSOCIATES, D.D.S.    :
- 225 BROADWAY, P.C. et al.,              :
                                          :
                       Defendants.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On March 14, 2023, the plaintiff filed a motion for a new trial. Accordingly, it is hereby

ORDERED that any opposition is due April 7. Any reply is due April 21. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          March 15, 2023

                                      _____
                                              DENISE COTE
                                      United States District Judge