UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FORTESSA QORROLLI,

                                Plaintiff,

       -against-

METROPOLITAN DENTAL ASSOCIATES, D.D.S. – 225
BROADWAY, P.C.,
METROPOLITAN DENTAL ASSOCIATES, D.D.S., P.C.,
MARIO ORANTES, individually, and
DR. PAUL I. COHEN, individually,

                                Defendants.
-------------------------------------------------------X

CIVIL ACTION NO. 18 CV 6836
(DLC)(OTW)

**DEFENDANTS' COUNSEL'S DECLARATION IN OPPOSITION**

**DAVID C. WIMS**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am admitted to practice before this Court and I am the attorney for Defendants in the instant proceeding.

2. I submit this *Declaration* in opposition to Plaintiff's post-trial motion under Fed.R.Civ.P. 59.

3. The basis for my submission of the attached documents is my review of the case file, the parties' documents and records, and first-hand knowledge.

4. Defendants wish to place before the Court:

    i. the trial transcript in this matter from February 6, 2023 through February 9, 2023.

1

Dated: Brooklyn, New York

April 7, 2023

         /s/
LAW OFFICE OF DAVID WIMS
David C. Wims, Esq. (DW-6964)
*Attorneys for Defendants*
1430 Pitkin Ave., 2nd Floor
Brooklyn, NY 11233
(646) 393-9550